UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLORIA BRAXTON, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 00-1642 |
| CF INDUSTRIES, ET AL. | * | SECTION "L" (1) |

### ORDER

It has come to the Court's attention that Civil Actions No. 00-1644 (EATHAN K. LANDRY, ET AL v. CF INDUSTRIES, ET AL.); 00-1645 (VIVIAN FOLSE, ET AL v. CF INDUSTRIES, ET AL.); 00-1667 (SHAWN LETOULLE v. CF INDUSTRIES, ET AL.); 00-1680 (SHEILA SANDERS, ET AL v. CF INDUSTRIES, ET AL.); 00-1978 (WARREN WARD, ET AL v. CF INDUSTRIES, ET AL.); 00-1979 (SHAWANDA LARENCE, ET AL v. CF INDUSTRIES, ET AL.); and 00-1980 (CARL NICHOLAS, ET AL v. CF INDUSTRIES, ET AL.) are related to the above captioned matter.  Accordingly, IT IS ORDERED that the above matters are HEREBY CONSOLIDATED.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

DATE OF ENTRY

JUL 2 5 2000



All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents with the clerk within five days of the deconsolidation order.

Thus done on this ⸺ day of July, 2000 in New Orleans, Louisiana.

**UNITED STATES DISTRICT JUDGE**

2